[Civ. No. 2221. Third Appellate District.—March 14, 1921.]

KATHERINE A. MILLAR, Appellant, v. ROBERT F. MILLAR et al., Executors, etc., Defendants; AGNES H. ETZEL, Administratrix, etc., et al., Respondents.

JUDGMENT—APPEAL FROM ORDER VACATING.—Order reversed for the reasons stated in the opinion in *Millar* v. *Millar, ante,* p. 718.

APPEAL from an order of the Superior Court of Solano County vacating a judgment entered against sureties on an appeal bond. W. T. O'Donnell, Judge. Reversed.

The facts are stated in the opinion in *Millar* v. *Millar, ante,* p. 718.

Metson, Drew & Mackenzie, R. G. Hudson and Garret W. McEnerney for Appellant.

A. E. Bolton for Respondents.

BURNETT, J.—This is an appeal from the order setting aside the judgment against the sureties, and for the reasons stated in the opinion in *Millar* v. *Millar, ante,* p. 718, [197 Pac. 811], the said order is reversed.

Prewett, P. J., *pro tem.,* and Hart, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 12, 1921.

All the Justices concurred.